Clear Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, et al.,

Plaintiff(s),

v.

Dirk Kempthorne, et al.,

Defendant(s).

CASE NO. C-06-4186-WHA

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Amy Atwood, an active member in good standing of the bar of the Supreme Court of Oregon, whose business address and telephone number is Western Environmental Law Center, 1216 Lincoln St., Eugene, OR, 97401, 541-485-2471, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 19, 2006

United States District/Magistrate Judge



IT IS SO ORDERED
Judge William Alsup