AMY R. ATWOOD, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
(541) 485-2471, ext. 105
(541) 485-2457 FAX
atwood@westernlaw.org

One of the Attorneys for Plaintiffs

JOSEPH H. KIM
Trial Attorney (IL6243249)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275
joseph.kim@usdoj.gov

One of the Attorneys for Defendants
(Additional Counsel listed on Signature Page)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KEMPTHORNE, *et al.*,<br><br>    Defendants. | No. C-06-04186 WHA<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE** |

    The parties to the above-entitled action jointly stipulate to the rescheduling of the Case Management Conference from its currently scheduled date and time of October 5, 2006, at 11:00 a.m., to October 19, 2006, at 11:00 a.m., and submit a Proposed Order to this effect.

    The parties submit this stipulation because the schedules of their respective lead counsel currently prevent their in-person attendance at a hearing on October 5, 2006, at 11:00 a.m.

Parties' Joint Stipulation to Reschedule Case Management Conference, Civ. No. 06-04186 WHA

1  Plaintiffs' lead counsel for this matter, Amy Atwood, is scheduled to be in Colorado on ~~September~~ October

2  5, 2006, for an annual meeting for the Western Environmental Law Center, where she is a Staff

3  Attorney.  Defendants' lead counsel for this matter, Joseph H. Kim, is currently scheduled to be on

4  trial in the Southern District of Florida, in the case <u>Sierra Club v. Flowers</u>, Case No. 03-23427.

Dated:  September 29, 2006.            Respectfully submitted,

/s/ Amy R. Atwood (w/ permission)       SUE ELLEN WOOLDRIDGE
AMY R. ATWOOD, *pro hac vice*           Assistant Attorney General
Western Environmental Law Center        United States Department of Justice
1216 Lincoln Street                     Environment and Natural Resources Division
Eugene, OR 97401                        JEAN E. WILLIAMS, Section Chief
(541) 485-2471, ext. 105                LISA L. RUSSELL, Assistant Section Chief
(541) 485-2457 FAX
atwood@westernlaw.org                    s/ Joseph H. Kim
                                        JOSEPH H. KIM, Trial Attorney (IL6243249)
ERIN MADDEN, OSB# 04468                 United States Department of Justice
(*pro hac vice* motion pending)          Environment and Natural Resources Division
4803 SE Woodward #135                   Wildlife and Marine Resources Section
Portland, OR 97206                      Benjamin Franklin Station, P.O. Box 7369
(503) 753-1310                          Washington, D.C. 20044-7369
(503) 296-2973 FAX                      Telephone: (202) 305-0207
erin.madden@gmail.com                   Facsimile: (202) 305-0275
                                        joseph.kim@usdoj.gov
SHARON DUGGAN, CSB# 105108
Law Offices of Sharon E. Duggan         Attorneys for Defendants
370 Grand Ave., Suite 5
Oakland, CA 94610
(510) 271-0825
(510) 271-0829 FAX
foxsduggan@aol.com

Attorneys for Plaintiffs

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

        Dated: __October 2____, 2006.     _____
                                          WILLIAM ALSUP
                                          United States District Judge

                                          *IT IS SO ORDERED*
                                          *Judge William Alsup*

Parties' Joint Stipulation to Reschedule Case Management Conference, Civ. No. 06-04186 WHA        2