Amy R. Atwood, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
(541) 485-2471, ext. 105
(541) 485-2457 FAX
atwood@westernlaw.org

Erin Madden, OSB# 04468
(motion for admission *pro hac vice* pending)
4803 SE Woodward #135
Portland, OR 97206
(503) 753-1310
(503) 296-2973 FAX
erin.madden@gmail.com

Sharon Duggan, CSB# 105108
Law Offices of Sharon E. Duggan
370 Grand Ave., Suite 5
Oakland, CA 94610
(510) 271-0825
(510) 271-0829 FAX
foxsduggan@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a New Mexico non-profit corporation, KLAMATH SISKIYOU WILDLANDS CENTER, CASCADIA WILDLANDS PROJECT, OREGON NATURAL RESOURCES COUNCIL, Oregon non-profit corporations, and ENVIRONMENTAL PROTECTION INFORMATION CENTER, a California non-profit corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of the U.S. Department of Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior<br><br>    Defendants. | Civil No. 06-4186-WHA<br><br>[PROPOSED] ORDER ON COMBINED PLAINTIFFS' UNOPPOSED MOTION TO FILE ADR CERTIFICATION OUT OF TIME, AND PARTIES' JOINT MOTION TO FILE NOTICE OF NEED FOR ADR PHONE CONFERENCE AND TO MEET AND CONFER OUT OF TIME |

1   This Court, having considered Plaintiffs' Motion To File ADR Certification Out Of Time
2   and the Parties' Joint Motion To File Notice Of Need For ADR Conference And To Meet And
3   Confer Out of Time, hereby orders as follows:

    Plaintiffs' Motion To File ADR Certification Out Of Time is GRANTED, and

    Parties' Joint Motion To File Notice Of Need For ADR Conference And To Meet And
    Confer is GRANTED.

IT IS SO ORDERED:

Date: __October 10, 2006.__       _____
                                  William H. Alsup
                                  United States District Judge

[Proposed] Order on Combined Motions to File Out of Time, Civ. No. 06-04186-WHA       - 1-