Amy Atwood, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Ave.
Eugene, OR 97201
(541) 485-2471, ext. 105
(541) 485-2457 FAX
atwood@westernlaw.org

Erin Madden, *pro hac vice*
Klamath Siskiyou Wildlands Center
917 SW Oak, Suite 414
Portland, OR 97205
(503) 796-7811
(503) 296-2973 FAX
erin@kswild.org

Sharon Duggan, CSB# 105108
Law Offices of Sharon E. Duggan
370 Grand Ave., Suite 5
Oakland, CA 94610
(510) 271-0825
(510) 271-0829 FAX
foxsduggan@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>DIRK KEMPTHORNE, *et al.*,<br><br>　　　　　　Defendants. | Civil No. 06-4186-WHA<br><br>[~~PROPOSED~~] ORDER ON STIPULATION REQUESTING EXTENSION OF TIME IN BRIEFING SCHEDULE |

　　　This Court, having considered the Stipulation Requesting Extension of Time in Briefing Schedule, hereby approves the stipulation. Plaintiffs' Opening Brief is due November 20, 2006, Defendants' Opposition is due December 20, 2006, and Plaintiffs' Reply is due January 3, 2007.

IT IS SO ORDERED.

Date: November 9, 2006

　　　　　　　　　　　　　　　　　　　　　　　
William H. Alsup
United States District Judge

ORDER ON STIP REQUESTING EXTENSION OF TIME, 06-4186-WHA　　　　　　Page 1