Amy Atwood, *pro hac vice*
Western Environmental Law Center
1216 Lincoln Ave.
Eugene, OR 97201
(541) 485-2471, ext. 105
(541) 485-2457 FAX
atwood@westernlaw.org

Erin Madden, *pro hac vice*
4803 SE Woodward #135
Portland, OR 97206
(503) 753-1310
(503) 296-2973 FAX
erin.madden@gmail.com

Sharon Duggan, CSB# 105108
Law Offices of Sharon E. Duggan
370 Grand Ave., Suite 5
Oakland, CA 94610
(510) 271-0825
(510) 271-0829 FAX
foxsduggan@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Civ. No. 06-4186-WHA |
| Plaintiffs, | [PROPOSED] ORDER ON JOINT STIPULATION FOR EXTENSION OF THE BRIEFING SCHEDULE |
| v. | |
| DIRK KEMPTHORNE, et al., | |
| Defendants. | |

[PROPOSED] ORDER ON JOINT STIPULATION FOR EXTENSION OF
BRIEFING SCHEDULE
-1-

1   This Court, having considered the Stipulation Requesting Extension of Time in the

2  Briefing Schedule, hereby approves the stipulation. Plaintiffs' Reply Brief is due January 10,

3  2007.

4  IT IS SO ORDERED.

5  Date: December 28, 2006  _____

6                                                     _____
                                                          William H. Alsup
7                                                       United States District Judge

*IT IS SO ORDERED* / Judge William Alsup

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER ON JOINT STIPULATION FOR EXTENSION OF
BRIEFING SCHEDULE
-2-