IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a New Mexico non-profit corporation, KLAMATH SISKIYOU WILDLANDS CENTER, CASCADIA WILDLANDS PROJECT, OREGON NATURAL RESOURCES COUNCIL, Oregon non-profit corporations, and ENVIRONMENTAL PROTECTION INFORMATION CENTER, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the U.S. Department of Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, an agency of the U.S. Department of Interior,<br><br>Defendants. | No. C 06-04186 WHA<br><br>**ORDER RE REQUEST TO EXTEND DEADLINE FOR ATTORNEY'S FEES MOTION** |

The Court is willing to grant a short extension for the attorney's fees motion. However, the 90-day extension requested by the parties is excessive. Any motion for attorney's fees must be filed by **MARCH 1, 2007**, and will be heard on a normal 35-day track.

**IT IS SO ORDERED.**

Dated: January 31, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE